

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2021

No. 04-20-00383-CV

**IN THE INTEREST OF L.S. AND W.S., CHILDREN,**

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-10-32406-CV
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

Appellant's reply brief was originally due on March 17, 2021. On March 3, 2021, appellant filed an unopposed motion requesting a twenty-day extension. The motion is GRANTED and appellant's reply brief is due **no later than April 6, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court